IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL T. CADDY, | ) | |
| | ) | |
| Petitioner, | ) | 4:03cv3384 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HAROLD CLARKE, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on filing no. 25, the petitioner's Motion for Extension of Time to file his brief in this habeas corpus case. The petitioner has shown good cause for the requested extension, namely his illnesses. The only remaining issue is how long an extension the petitioner will need. Therefore, filing no. 25 is granted insofar as the petitioner shall have an extension of time, but the amount of the extension has yet to be determined. To aid the court in deciding that issue, by June 12, 2006, the petitioner shall send a letter or file a motion with the court stating when he anticipates he will be able to file his brief. The court will attempt to accommodate the petitioner, but this case has been on file since October 31, 2003, and so some limits must be imposed. Filing no. 25 is granted, subject to a determination of the amount of the extension.

SO ORDERED.

DATED this 31st day of May, 2006.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge