IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | | |
|---|---|---|
| MICHAEL T. CADDY, | ) | |
| | ) | |
| Petitioner, | ) | 4:03cv3384 |
| | ) | |
| vs. | ) | ORDER |
| | ) | |
| HAROLD CLARKE, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court on filing no. 28, the petitioner's Motion for Extension of Time until July 31, 2006 to file his brief in this habeas corpus case. The petitioner has shown good cause for the requested extension, namely the change in his eyesight as a result of his recent diagnosis of diabetes. The requested extension is granted, and, if the petitioner's eyesight has not returned to normal in time to meet the new deadline, he may have a further extension of an additional month or two upon written motion. Ideally, any such motion should reach the court before July 31, 2006.  Filing no. 28 is granted.

SO ORDERED.

DATED this 13th day of June, 2006.

BY THE COURT:


s/ F. A. GOSSETT
United States Magistrate Judge