IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |  | |
|---|---|---|---|
| MICHAEL T. CADDY, | ) | | |
| | ) | | |
| Petitioner, | ) | 4:03cv3384 | |
| | ) | | |
| vs. | ) | ORDER | |
| | ) | | |
| HAROLD CLARKE, | ) | | |
| | ) | | |
| Respondent. | ) | | |

This matter is before the court on filing no. 31, the petitioner's Motion for Extension of Time until **September 30, 2006** to file his brief in this habeas corpus case. The petitioner has shown good cause for the requested extension, namely the change in his eyesight as a result of his recent diagnosis of diabetes. The petitioner reports that his eyesight has improved, but only recently. Therefore, the requested extension is granted, and filing no. 31 is granted.

**SO ORDERED.**

DATED this 31st day of July, 2006.

BY THE COURT:

s/ F. A. GOSSETT
United States Magistrate Judge